Scanned at Pinckneyville CC and e-mailed

_1/5/26_ by _CB_ _12_ pages
Date     Initials   No.

# UNITED STATES DISTRICT COURT

for the
Southern District of Illinois

Scanned at Pinckneyville CC and e-mailed

_1/5/26_ by _CB_ _12_ pages
Date     Initials   No.

Davis ARNa

_____

_____

_____

*Plaintiff(s)*

v.

C/o HART, Boswell,
NuRSe moRgan wexFoRD
medical SeRvice and
SeRgent Jones

*Defendant(s)*

Case Number: 3:25-cv-01177-NJR

*(Clerk's Office will provide for **new** cases, if you are filing in an existing case, write your case number)*

☐ ORIGINAL COMPLAINT

☑ AMENDED COMPLAINT -2

---

**You are responsible for protecting sensitive information per Federal Rule of Civil Procedure 5.2. This means you should not file things like social security numbers, the year of a person's birth, or financial account information.**

---

## I.  JURISDICTION:

☐   I am suing for a violation of federal law under 28 U.S.C. § 1331:

☒ 42 U.S.C. § 1983 (state prisoners);
☐ *Bivens v. Six Unknown Named Agents*, 403 U.S. 388 (1971) (federal prisoners);
☐ 28 U.S.C. §§ 1346, 2671-2680 (Federal tort claims act).

☐   Other (provide an explanation):

## II.  PARTIES:

**Plaintiff(s) (use extra pages if needed):**

Name: Davis ARNa # R-2 B-38

Address: PinckneyvilLe coRRectionan centeR 5835 State Route 154 P.o Box 1000 pinckneyvilLe IL. 62274

Inmate ID Number: B-70958

Rev. 04/16/2025

**Defendants (use extra pages if needed):**

If you do not know the name of a defendant, assign them a generic name (John Doe 1, John Doe 2, Jane Doe 1). Give any information you have about them here. If you cannot provide identifying information, the Court will not be able to give you steps to try to identify the unknown person, and this party may be dismissed.

For example: Jane Doe 1, the nurse who passes out night-time medication. She is short and has red hair. I saw her at my cell on January 1, 2001.

**Defendant # 1:**

Name: C/O HaRt

Job: MenaRD coRRectional centeR tac team oFFiceR

Address: 711 KasKaskia stReet poBox 1000 menaRD IL 62259

Additional info: _____

**Defendant #2:**

Name: SeRgeant Jones

Job: Sergeant oF RestRicktive Housing and on Adjustment committee at menaRD coRRectional centeR

Address: 711 KasKaskia stReet poBox1000 menaRD IL. 62259

Additional info: _____

**Defendant #3:**

Name: NuRse moRgan

Job: NuRse at menaRD coRRectional centeR who pass out medication

Address: 711 KasKaskia stReet poBox 1000 menaRD IL. 62259

Additional info: _____

Rev. 04/16/2025

## III.   PREVIOUS LAWSUITS

A.   Have you begun any other lawsuits in federal court while you were in prison or jail (during either your current or a previous time in prison or jail)? ☐Yes ☒No

B.   Answer the following questions about **ALL** past federal lawsuits. **FAILURE TO FULLY DISCLOSE YOUR LITIGATION HISTORY, INCLUDING "STRIKES," MAY RESULT IN SANCTIONS THAT INCLUDE DISMISSAL OF THIS ACTION**. (Use extra pages if needed)

1.   Case name, case number, and Court:  N/A

2.   What was it about:  N/A

3.   What happened (was it dismissed, did it go to trial, was it settled):  N/A

4.   Did you get a "strike" for this case? (You get a strike under 28 U.S.C. § 1915(g) if a case was dismissed for failure to state a claim, or as frivolous or malicious).  N/A

Rev. 04/16/2025

## IV.  GRIEVANCE PROCEDURE[1]

A.  Is there a prisoner grievance procedure in the institution? ☒ Yes  ☐ No

B.  Did you present the facts relating to your complaint in the prisoner grievance procedure?  ☒ Yes  ☐ No

C.  Has the grievance been returned from the highest or last level of review?  ☒ Yes ☐ No

D.  If your answer is NO, explain why not.  Did you do anything other than a grievance to alert prison authorities to the problem?  N/A

E.  If you are a **federal inmate**, attach copies of your request for an administrative remedy and any response you received.  If you cannot do so, explain why not:  N/A

---

[1] Individuals in custody must try to exhaust their claims in the grievance process before filing a federal lawsuit. If you do not complete the exhaustion process before you file this lawsuit, your case may later be dismissed. *See e.g.,* 42 U.S.C. § 1997e(a) (no action shall be brought until available administrative remedies are exhausted); 28 U.S.C. § 2675(a) (the administrative process must be fully exhausted before claims may be brought in federal court).

Rev. 04/16/2025

## VI.   REQUEST FOR RELIEF

State exactly what you want this court to do for you.

I allow this case to go threw to trial By Juny and let them here the facts of the Case and allow money Damanages For the Wrong Doings From each DeFenDant

## VII.   JURY DEMAND *(check one box below)*

The plaintiff ☒ does   ☐ does not request a trial by jury.

## DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions. Additionally, I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.  28 U.S.C. § 1746.

Signed on: __1-3-2026__
(date)

__Davis auna__
Signature of Plaintiff

__5835 State Route 154__
Street Address

__Davis Arna__
Printed Name

__Pinckneyville IL. 62274__
City, State, Zip

__B-70958__
Prisoner Register Number

Rev. 04/16/2025

## V.   STATEMENT OF CLAIM:

**Using the space below describe how your constitutional rights were violated (extra pages are _strongly_ discouraged):**

**DO:** Write a **short** statement of what happened with neat handwriting. Explain **who** violated your rights, **what** each defendant personally did, **when** they did it, **where** they did it, and **why** they did it (if you know why).

**DO NOT:** Do not make legal arguments or give citations. Do not include evidence or exhibits. You will have a chance later in the case to give evidence and to make arguments. Do not combine multiple claims that are not related.[2]

On 4-10-2024 at AppR. 10:05 am I Davis ARNG was In The chapeL while the tact team was Doing a Shakedown In the east Cell house while In the chapeL C/o HaRt (DeFendant) I (108.32) and seveRal of his tact team c/o weRe Racial DiscRimination against blacks with BRaids and DReads on the otheR side of the chapeL (C/o HaRt (DeFendant) stated IF It aint white It aint Right and niggeRs gonna Fall In Line this menaRD we had been In the chapel FoR oveR Two houRS waiting FoR them to complete the shakedown C/o haRt (DeFendant) came oveR to me and said come with him we went weRe the nuRses weRe and I was ask seveRal Questions (None of which weRe In concern of my medical Issue's) HaRt (DEFendant) then grab me by the handcuFFs when I ask weRe I was going he stated that I was

[2] The Court is not required to allow you to join multiple claims in a single case. The Federal Rules of Civil Procedure 18-21 control joinder of claims and parties. It is possible if you present many claims or claims that are not related, that the Court will ask you for an amended complaint or it will divide your claims into separate cases.
Rev. 04/16/2025

going to segRagation and I ask why He then stated I Dont Listen c/o HaRt (DefenDant) wRote me a ticket FoR disobeying a direct oRdeR FoR turning aRound he said I was talking at this point on the same Date on 4-10-24 (I Davis AANa InfoRmed c/o HaRt (DefenDant) that I suffeR FRom seveRe LoweR back pain swollen legs and high blooD pResuRe and Im ~~athletic~~ a Diabetic not only was c/o HaRt (DefenDant) was told by me about my medical you can see that my Legs are swollen and by the way that I waLk this could also been check out thRew healthcaRe No Medical No medication was given and I suffeRed In pain HaRt is In (DefenDant) violation oF my Eighth amendment Right (SPRUILL v. gillis 372 F.3d 218, 236 (3Rd ciR 2004) and In violation oF being deliberately IndiffeRent FoR failure to take me to healthcare FoR my LoweRback pain and medication c/o HaRt (DefenDant) is also In violation oF the FedeRal ADA disability act (once exscoRted to the SegRagation building I was stRip search several times one oF them searches was done By (DefenDant seRgeant Jones anthony B the sgt. who woRks SegRagation once sgt Jones (DefenDant) took me to my cell I InfoRmed him oF the condition that the cell was In He look and walk away and He was also told by me that I had No

mattress No sheets and No blanket No pillow there was bugs In this cell and the cell had no lights and I had No tissue OR Hygien. Defendant (Defendant) Sgt Jones was ALSO Informed by MR. ARna of his medical conditions and He Ignored MR ARna The Lower Back pain swollen legs and High blood presure and Diabetic I was without tissue FOR Five Days No Hygien FoR Five Days and no hot water FOR 2½ Days no mattress FoR a Day and a half No blanket and no Linens and no pillow FOR FOUR Day and a half this Is a Eighth amendment violation ADA violation and In the cell with bugs FoR Five Days I was also In this cell six Days without lights and no pROpeR ventilation State of law says under 28 C.F.R 541-31(D) mandates access to a mattress blankets, pillow and linens. ALso American coRR. Assn standards For adult coRR. Inst. standards 3-4263 (4th ed 2003) Requiring that all Inmates In solitary Receive bedding) Not one sheet. Assn Inmate Legal Rights 46 (1987) Us Dept OF Justice Federal standards FoR persons and Jails 11.17 (1980) and the Defendant Sgt Jones committed deliberately Indifferent (Defendant) WexFoRD medical service (are the company that pROvide payments and apROve payments FoR all Inmates medications and all Inmates testing

at the hospitals and I.D.O.C penitentiary and also some nurses aswell. In order for any Inmate to Recive any medication or medical test Done at a outside Hospital It has to be approved by and paid for by wexford (Defendant) medical services they are Responsible for my medication and outside testing and treatment approval. once a Recommendation is made to the Defendant wexford medical service by a Doctor they have to approve or disapprove The Defendants ~~are~~ have a contract with the state In concern of I.D.O.C. medical services. The Defendant wexford medical service are In violation of my Eighth Amendment, Deliberate Indifference, Negligence and the Federal ADA Act the Defendant wexford medical service had the Responsibility to Insure that Inmates medical and medication is approved and paid for

Defendant Boswell are the pharmacy for I.D.O.C and have a contrac with the state (Defendant) Boswell are Responsible for making sure Inmates Receive their medication and when they Receive a Refill order or a new order their Job Is to make sure those orders are Filled for the Inmate to Receive what ever that medication is The Defendant Boswell has on several occasion Failed to Insure that I Received my medication they are suppose to Insure that the medication Is In stock once the order has been put In by the doctor a Inmate should not have to wait months to

Receive pain medication or any medication
The Defendant Boswell are In violation
of Negligence, Deliberate Indifference
The pharmacy Job Is also know about all
medication and what they are for that is
part of their Job
Defendant nurse morgan was assign to pass
out medication In the north 2 segragation
cell house unit to pass out Inmate medication
on one occasion nurse morgan (Defendant) gave me medication
when she came back she stated my pain medication
had Ran out and the pharmacy had not Refilled
my prescription meaning Defendant Boswell
at this point I ask Defendant nurse morgan
If she brought me any other pain medication
because I was In Real Bad pain my back and
Legs were In Real Bad pain and I needed
something I was suppose to take pain medication
Twice A day every Day I had Informed her
that I had been In Segragation since 4-10-24
and I was given medication once Defendant
nurse morgan walk away when I ask her If
she brought any pain medication for me she
turned and walk away the nurses are
Responsible for putting the medication In
the envelope and passing the medication
out and they are Responsible Defendant
nurse morgan knew I was out when she told
me and stated she got the one's she gave me
out of a Reserved pack Defendant nurse morgan
also knew I was out of medication because she
was the one that stated It to me on 4-12-24
the Day after she gave me the pill on 4-11-24

Defendant nurse morgan was aware that
my medication had Ran out she knew how
Long and she was made aware that I was
In Real Serious bad pain because I InFormed
Her every time I saw Her and ask her
about my pain medication and yet she still
choose not to bring me something For the pain
untill my medication came In I went Five
and a half Days without my pain medication
(DeFendant)
nurse morgan Is In Violation oF my Eighth
amendment and Deliberate IndiFFerence and
Federal ADA Disabilities act.

Defendants Jobs and titles

1. C/O Hart - Tact team officer and gallery c/o In Segragation North 2 - $ 200,000

2. Boswell - Pharmacy for I.D.O.C / State $ 250,000

3. Wexford Medical Service - Control Approval and Disapproval of Medication and Hospital testing and treatment $ 5.8 billion

4. Nurse Morgan - Assign to North 2 Segragation to pass out medication $ 150,000

I'm Seeking Damages From the above Defendants



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
prisoner.esl@ilsd.uscourts.gov

ELECTRONIC FILING COVER SHEET

Please complete this form and include it when submitting any type of document, letter, pleading, etc. to the U.S. District Court for the Southern District of Illinois for review and filing.

Davis Arna
Name

B70958
ID Number

Please answer questions as thoroughly as possible and circle yes or no where indicated.

1.  Is this a new civil rights complaint or habeas corpus petition?          Yes or (No)

    If this is a habeas case, please circle the related statute:   28 U.S.C. 2241 or 28 U.S.C. 2254

2.  Is this an Amended Complaint or an Amended Habeas Petition?     (Yes) or No

    If yes, please list case number:  25-CV-01177-NJR

    If yes, but you do not know the case number mark here:  _____

3.  Should this document be filed in a pending case?          (Yes) or No

    If yes, please list case number:  25-CV-01177-NJR

    If yes, but you do not know the case number mark here:  _____

4.  Please list the total number of pages being transmitted:       12

5.  If multiple documents, please identify each document and the number of pages for each document. For example: Motion to Proceed In Forma Pauperis, 6 pages; Complaint, 28 pages.

    Name of Document                                    Number of Pages

    2nd Amended Complaint                               12

Please note that discovery requests and responses are NOT to be filed, and should be forwarded to the attorney(s) of record. Discovery materials sent to the Court will be returned unfiled.